AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. |
| | ) |
| | ) |
| Mark H. Mahon | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 16, 2019__ in the county of __Duval__ in the
__5th__ District of __Florida__ , the defendant(s) violated:

Code Section  18 U.S.C § 1621     Offense Description  Perjury

This criminal complaint is based on these facts:
Chief Judge Mark H. Mahon intentionally committed Fraud or Perjury when testified in front of a Jury May 16, 2019  2018-CF-6176 case#

☐ Continued on the attached sheet.

_____
Complainant's signature

Kojo Khayrallah
Printed name and title

Sworn to before me and signed in my presence.

Date: _____     _____
Judge's signature

City and state: _____     _____
Printed name and title

